# Invoice

**SP Trading Company**
50586 West Pontiac Trail
Unit #1c18
Wixom, MI 48393


1903

| Date | Invoice # |
|---|---|
| 1/22/2008 | 738 |

**Bill To**
Sunstrike International Ltd
7th Floor, Unit C, Gemstar Tower,
23 Man Lok Street, HungHom,
Hong Kong

**Ship To**
Sunstrike International Ltd
7th Floor, Unit C, Gemstar Tower
23 Man Lok Street, HungHom
Hong Kong

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | WIRE | | 1/22/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 100 | iPhone 8GB | BRAND NEW LOCKED APPLE iPHONE 8GB | 487.00 | 48,700.00 |
| | WIRE | SP Trading Comapny<br>Account# 1851670453<br>Routing # 072000096<br>Comerica Bank<br>47060 Pontiac Trail<br>Walled Lake, MI 48390<br>(248) 960-3367<br><br>NLR<br><br>COUNTRY OF ORGIN: CHINA<br><br>These commodities, technology, or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law is prohibited | 0.00 | 0.00 |

Thank you for your business.

**Total** $48,700.00

## SP Trading Company
50586 West Pontiac Trail
Unit #1e18
Wixom, MI 48393

# Invoice


1972

| Date | Invoice # |
|---|---|
| 3/20/2008 | 801 |

**Bill To**
Sunstrike International Ltd
7th Floor, Unit C, Gemstar Tower,
23 Man Lok Street, HungHom,
Hong Kong

**Ship To**
Sunstrike International Ltd
7th Floor, Unit C, Gemstar Tower
23 Man Lok Street, HungHom
Hong Kong

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | WIRE | | 3/20/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 238 | iPhone 8GB | BRAND NEW LOCKED APPLE IPHONE 8GB | 460.00 | 109,480.00 |
| | | NLR | 0.00 | 0.00 |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | These commodities, technology, or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law is prohibited | | |

for your business.

**Total** $109,480.00

# Invoice

SP Trading Company
50586 West Pontiac Trail
Unit #1c18
Wixom, MI 48393


1996

| Date | Invoice # |
|---|---|
| 4/10/2008 | 826 |

| Bill To |
|---|
| Sunstrike International Ltd |
| 7th Floor, Unit C, Gemstar Tower, |
| 23 Man Lok Street, HungHom, |
| Hong Kong |

| Ship To |
|---|
| Sunstrike International Ltd |
| 7th Floor, Unit C, Gemstar Tower |
| 23 Man Lok Street, HungHom |
| Hong Kong |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | WIRE |  | 4/10/2008 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 112 | iPhone 8GB | BRAND NEW LOCKED APPLE IPHONE 8GB<br><br>NLR<br><br>COUNTRY OF ORIGIN: CHINA<br><br>These commodities, technology, or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law is prohibited | 465.00 | 52,080.00 |

Thank you for your business.

**Total** $52,080.00

SP Trading Company  
50586 West Pontiac Trail  
Unit #1c18  
Wixom, MI 48393

# Invoice


2030

| Date | Invoice # |
|---|---|
| 3/3/2008 | 838 |

| Bill To | Ship To |
|---|---|
| Sunstrike International Ltd<br>7th Floor, Unit C, Gemstar Tower,<br>23 Man Lok Street, HungHom,<br>Hong Kong | Sunstrike International Ltd<br>7th Floor, Unit C, Gemstar Tower<br>23 Man Lok Street, HungHom<br>Hong Kong |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | WIRE |  | 3/3/2008 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 154 | iPhone 16GB | BRAND NEW LOCKED APPLE iPHONE 16GB | 584.00 | 89,936.00 |
| 73 | iPhone 8GB | BRAND NEW LOCKED APPLE iPHONE 8GB | 494.00 | 36,062.00 |
|  |  | NLR |  |  |
|  |  | COUNTRY OF ORIGIN: CHINA |  |  |
|  |  | These commodities, technology, or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law is prohibited |  |  |

Thank you for your business

**Total** $125,998.00